# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VELMA BATES,<br><br>Plaintiff,<br><br>v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | Case No.  1:26-cv-04381-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF Nos. 2, 4) |

Plaintiff filed a complaint on June 8, 2026, alleging that she has not been given her full social security benefits.  Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (ECF No. 2.)  From that application, the Court was unable to discern whether Plaintiff qualified to proceed *in forma pauperis* and therefore directed Plaintiff to file a long form application.  (ECF No. 3.)  Plaintiff has timely complied (ECF No. 4), and the Court is able to conduct its analysis.

The Court finds that Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.  Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint and issues its screening order.

Accordingly, IT IS HEREBY ORDERED THAT:

1.      Plaintiff's application to proceed *in forma pauperis* (ECF Nos. 2, 4) is GRANTED; and

2.   **Service shall not be undertaken until the Court screens the complaint in due course and issues its screening order.**

IT IS SO ORDERED.

Dated:   **July 1, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2